

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00173-CR

RACHEL LYNN HOWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court No. CR14-1043

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Rachel Lynn Howell has filed a motion to dismiss this appeal.[1] The motion was signed by both Howell and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:   November 28, 2016
Date Decided:     November 29, 2016

Do Not Publish

---

[1]Originally appealed to the Fifth Court of Appeals in Dallas, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.